IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN HENRY FREDERICK,

    Plaintiff,
v.                                              CASE NO. 5:17-cv-78-MCR-GRJ

BROWN, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate presently confined at Graceville Work Camp, initiated this case by filing a handwritten complaint in the Middle District of Florida. Because the case concerns the conditions of confinement at Jackson CI, the Complaint was transferred to this Court. ECF Nos. 1, 2. Plaintiff failed to use this Court's form for prisoner civil rights complaints. Further, Plaintiff failed to either pay the civil case filing fee or file a motion for leave to proceed as a pauper with supporting documentation. The Court ordered Plaintiff to correct these deficiencies on or before April 13, 2017. ECF No. 6. As of this date, Plaintiff has failed to comply.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for failure to comply with an Order of the

Court and failure to prosecute.

**IN CHAMBERS** this 10th day of May 2017.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**